In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00312-CV
_____

**LEROY DAVID SCHULTZ, Appellant**

**V.**

**CHRISTIE NICOLE SCHULTZ, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 14-08-08814 CV**

**MEMORANDUM OPINION**

Leroy David Schultz filed a notice of appeal on August 4, 2015. He filed an affidavit of indigence on August 17, 2015. We notified the parties that an extension of time to file the affidavit of indigence was required, and gave the appellant until December 9, 2015, to file a motion for an extension of time to file an affidavit of indigence. *See* Tex. R. App. P. 20.1(c)(3). No response has been filed. The appellant failed to comply with a notice from the clerk requiring a response or

1

other action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

     APPEAL DISMISSED.


                                _____
                                    HOLLIS HORTON
                                       Justice


Submitted on December 22, 2015
Opinion Delivered December 23, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.